GERTRUDE E. TIEDEMANN, Respondent, *v.* RUDOLPH
E. TIEDEMANN, Appellant.

*Tiedemann* v. *Tiedemann*, 172 App. Div. 819, affirmed.
(Argued January 23, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 15, 1916, modifying and affirming as modified
a judgment in favor of plaintiff entered upon a decision
of the court on trial at Special Term in an action to recover
accrued alimony under a foreign decree of divorce and for
an accounting of alleged community property. The answer
set up as separate defenses: 1. That the Nevada court
had no jurisdiction because the defendant had gone into
the state of Nevada for the special purpose of instituting
habeas corpus proceedings to secure the custody of his
child, and that while he was within the state of Nevada
for the purpose of prosecuting that proceeding he was
served with the summons and complaint in the divorce
action at a time when he was immune from service.
2. That the Nevada court had no jurisdiction because the
plaintiff left the state of Connecticut and went to the
state of Nevada for the express purpose of securing a
divorce, and that she was not a *bona fide* resident of
Nevada, not having been within that state for a period of
six months. The Special Term directed an interlocutory
judgment for the amount of accrued alimony and appointed
a referee to take and state an account of the community
property. The Appellate Division modified by directing
final judgment for alimony but struck from the judgment
the provision directing an accounting.

*Nash Rockwood, Charles T. Lark* and *Homer S. Cummings* for appellant.

*Leo R. Brilles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN,
MCLAUGHLIN, CRANE and ANDREWS, JJ.